UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. GARRETT,<br><br>        Petitioner,<br><br>      v.<br><br>FELIPE MARTINEZ, JR., WARDEN,<br><br>        Respondent. | CASE NO. CV 18-9216-DSF (PJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING PETITION WITH PREJUDICE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: <u>October 29, 2019</u>.

                                                 DALE S. FISCHER
                                               UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VT0Y4E57\Order accep rr.wpd