JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL A. GARRETT, ) CASE NO. CV 18-9216-DSF (PJW)
)
        Petitioner, )
) J U D G M E N T
    v. )
)
FELIPE MARTINEZ, JR., WARDEN, )
)
        Respondent. )
)

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: <u>October 29, 2019</u>

*(signature)*
_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VT0Y4E57\Judgment.wpd